

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-19-00267-CV
_____

SADDLEBROOK ESTATES HOMEOWNERS ASSOCIATION, INC.; DESIREE AND JUSTIN ANTHONY; JAMES BALL; AMY AND MICHAEL CROW; TIMOTHY AND SHAWN LANDRUM; TIM AND GINA MULLEN; JOEL NEECE; KARI AND JUSTIN NORTHEIM; RAY AND JAYNE POOL; JEFFREY STOLL; KRISTIN AND DAVID WARD; J. DAVID WASHBURN; JULIE AND GARY WELSH, Appellants

V.

CROSS TIMBERS WATER SUPPLY CORPORATION, Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2017-00840

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 2, 2020